B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Middle District of Georgia

In re  CKB Landscape & Construction, Inc.  ,    Case No.  12-50266

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **NW Acquisitions, LLC** | **CertusBank, N.A.** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
**NW Acquisitions, LLC**
**2250 NW Flanders Street, Suite G02**
**Portland, Oregon 97210**
Phone: **503-719-4931**
Last Four Digits of Acct #: **2300**

Court Claim # (if known): **13**
Amount of Claim: **$398,864.83**
Date Claim Filed: **06/12/2012**

Phone: ___
Last Four Digits of Acct. #: **2300**

Name and Address where transferee payments should be sent (if different from above):

Phone: ___
Last Four Digits of Acct #: ___

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ Mark S. Watson**    Date: May 3, 2016
Transferee/Transferee's Agent
**GA Bar No. 741783**
**Attorney for Transferee**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.